UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROGER HIGGINBOTTOM, ROBIN HIGGINBOTTOM,

          Plaintiffs,

-vs-                                   Case No. 6:08-cv-108-Orl-28DAB

TRIAD FINANCIAL CORPORATION,

          Defendant.
_____

## ORDER

This case is before the Court on Roger Higginbotham's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 3) filed January 23, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case be dismissed as improvidently removed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 30, 2008 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Roger Higginbotham's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 3) is **DENIED**.

3.  Robin Higginbotham's Motion for Leave to Proceed in Forma Pauperis (Doc. 8), filed after the filing of the Report and Recommendation, is also **DENIED.**

4.  This case is **DISMISSED** for lack of subject matter jurisdiction.

5.  The Clerk is directed to remand this case to the Volusia County Circuit Court, case number 2007-12492-CIDL-01, and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 1__ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party